

FILED

NOV 22 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-92-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| AIDAN JACOB ROWLAND-SPANG, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for **Monday, November 28, 2016 at 1:30 p.m.** is VACATED and RESET for **Monday, November 28, 2016 at 9:30 a.m.**, changing the time of the hearing only.

DATED this 21st day of November, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1